IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
JUNE 2023 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:23CR31 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| CHRISTOPHER NATHAN CALDWELL | ) | **In Violation of:** |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |

**COUNT ONE**

The Grand Jury charges that:

1. On or about February 8, 2023, in the Western District of Virginia, the defendant, CHRISTOPHER NATHAN CALDWELL, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a Jimenez Arms, model: J.A. Nine, 9mm, pistol, said firearm having been shipped and transported in interstate or foreign commerce.

2. All in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE**

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendants shall forfeit to the United States:

   a. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the following property:

1

a. **Firearm and Ammunition**

   i. Jimenez Arms, model: J.A. Nine, 9mm (Serial Number 379731)
   ii. Ammunition from within the Jimenez Arms Pistol

3. If any of the above-described forfeitable property, as a result of any act or

omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL this the 15th day of June 2023.

*FOREPERSON*
FOREPERSON

/s/ CHRISTOHER R. KAVANAUGH
UNITED STATES ATTORNEY

2